FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 04 2021

JAMES W. McCORMACK, CLERK
By: _____ Tammy          DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00126 JM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 21 U.S.C. § 841(a)(1) |
| JOHNATHAN BUCKALOO | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about January 13, 2021, the defendant,

JOHNATHAN BUCKALOO,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession with a purpose to deliver a controlled substance, in Pope County, Arkansas, Circuit Court in Case Number 2012-263;

2. Possession of a firearm by certain persons and theft by receiving, in Pope County, Arkansas, Circuit Court in Case Number 2012-498;

3. Possession drug paraphernalia, in Pope County, Arkansas, Circuit Court in Case Number 2014-264;

4. Possession of a controlled substance, in Pope County, Arkansas, Circuit Court in Case Number 2014-212;

5. Possession with a purpose to deliver methamphetamine/cocaine and possession of drug paraphernalia, in Conway County, Arkansas, Circuit Court in Case Number 2016-75;

6. Possession of a controlled substance and possession of drug paraphernalia,

1

in Pope County, Arkansas, Circuit Court in Case Number 58CR-16-497; and

7. Possession of a controlled substance, in Pope County, Arkansas, Circuit Court in Case Number 58CR-18-783.

B. On or about January 13, 2021, in the Eastern District of Arkansas, the defendant,

JOHNATHAN BUCKALOO,

knowingly possessed, in and affecting commerce, one or more of the following:

1. A firearm, that is: a Girsan, Model Regard MC, 9mm pistol, bearing serial number T6868-20A00582;

2. One or more rounds of Blazer 9mm Luger ammunition; and

3. One or more rounds of R-P 9mm Luger ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about January 13, 2021, in the Eastern District of Arkansas, the defendant,

JOHNATHAN BUCKALOO,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about January 13, 2021, in the Eastern District of Arkansas, the defendant,

JOHNATHAN BUCKALOO,

knowingly and intentionally possessed a firearm, that is: a Girsan, Model Regard MC, 9mm pistol, bearing serial number T6868-20A00582, in furtherance of a drug trafficking crime

2

prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 2 of this Indictment, the defendant, JOHNATHAN BUCKALOO, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 2 of this Indictment, the defendant, JOHNATHAN BUCKALOO, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, or 3 of this Indictment, the defendant, JOHNATHAN BUCKALOO, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]